IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABBEY GINGRICH, | : | Judge Jones |
| Plaintiff | : | No. 10cv863 |
| | : | |
| v. | : | |
| | : | |
| BUDZIK & DYNIA, LLC | : | |
| Defendant | : | |

## ORDER

July 28, 2010

**IT IS ORDERED THAT:**

The **time** of the telephonic Case Management Conference call scheduled for July 30, 2010 at 2:30 p.m. is **rescheduled for 10:30 a.m.**

s/John E. Jones III
John E. Jones III
United States District Judge