## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABBEY GINGRICH** ) | **Case Number: 1:10-cv-863** |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| **BUDZIK & DYNIA, LLC** ) | |
| ) | |
| Defendant ) | |
| ) | |

## STIPULATION

**IT IS STIPULATED AND AGREED** on this 28th day of July, 2010, by and between the undersigned that the above matter has been settled between the parties and the telephonic Case Management Conference scheduled for July 30, 2010 at 10:30 AM in this matter is not needed.

The parties are exchanging settlement documents and Plaintiff will file an appropriate Notice of Dismissal of the matter as soon as documents are executed.


*/s/  Brent F. Vullings*　　　　　　　　　　*/s/  Jeff Budzik, Esquire*
Brent F. Vullings, Esquire　　　　　　　　Jeff Budzik, Esquire
Warren & Vullings, LLP　　　　　　　　　Budzik & Dynia, LLC
1603 Rhawn Street　　　　　　　　　　　4849 N. Milwaukee Ave., Ste 801
Philadelphia, PA  19111　　　　　　　　　Chicago, Illinois 60630
(215) 745-9800　　　　　　　　　　　　(773) 427-1900